UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN COLLINS and <br> CHRISTINE COLLINS, <br>        Plaintiffs <br><br> V. <br><br> PORTFOLIO RECOVERY <br> ASSOCIATES, LLC; <br> PRA GROUP, INC.; <br> FIRST SOURCE ADVANTAGE, LLC; and <br> PIONEER CREDIT RECOVERY <br>        Defendants | Case No. 3:17-cv-00798 <br><br><br> July 7, 2017 |

NOTICE OF SETTLEMENT
AS TO DEFENDANT FIRSTSOURCE ADVANTAGE, LLC

Plaintiffs hereby notify the Court that they have settled this matter only with respect to Defendant Firstsource Advantage, LLC. Once the parties to the Settlement Agreement and Release have satisfied their respective obligations under said Agreement, the parties will stipulate to dismiss this action against FirstSource Advantage, LLC with prejudice.

The Plaintiffs respectfully request the Court to retain jurisdiction over the matter against Defendant FirstSource Advantage, LLC until the settlement is effectuated.

                                                 PLAINTIFFS,
                                                 John Collins and Christine Collins

                                                 By: /s/ John Q. Gale
                                                         John Q. Gale, #ct05206
                                                         Law Offices of John Q. Gale, LLC
                                                         363 Main Street, 4th Floor

Hartford, CT 06106<br>
TEL: (860) 522-8296<br>
FAX: (860) 522-8298<br>
jgale@jqglaw.com

## CERTIFICATION

I hereby certify that on July 7, 2017, a copy of the foregoing was filed electronically.

Notice of the foregoing filing and this Certification will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filing and this Certification through the Court's system.

　　　　　　　　　　　　　　　　　　　　　　/s/ John Q. Gale　　　　　　
　　　　　　　　　　　　　　　　　　　　John Q. Gale, #ct05206
　　　　　　　　　　　　　　　　　　　　Law Offices of John Q. Gale, LLC
　　　　　　　　　　　　　　　　　　　　363 Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　　　Hartford, CT 06106
　　　　　　　　　　　　　　　　　　　　TEL: (860) 522-8296
　　　　　　　　　　　　　　　　　　　　FAX: (860) 522-8298
　　　　　　　　　　　　　　　　　　　　jgale@jqglaw.com